**SO ORDERED.**



**Dated: June 18, 2010**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

1  **PERRY & SHAPIRO, L.L.P.**
   3300 N. Central Avenue, #2200
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile
   (847) 627-8802 Facsimile
4  AZNotices@logs.com, e-mail
   Christopher R. Perry, Bar #009801
5  Jason P. Sherman, Bar #019999
   Attorney for JPMorgan Chase Bank, N. A.
6  [FILE 10-003258 CHE]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| In re: | Case # 2:09-bk-16732-CGC |
|---|---|
| MICHELLE L. MINNOCH,<br><br>Debtor. | Chapter 7 Proceedings |
| JPMorgan Chase Bank, N. A.,<br>its assignees and / or<br>successors in interest,<br>  Movant,<br><br>v.<br><br>MICHELLE L. MINNOCH, Debtor,<br>and Chapter 7 Trustee David A.<br>Birdsell,<br>  Respondents. | **ORDER LIFTING**<br>**THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>3211 West Golden Lane<br>Chandler, AZ 85226 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JPMorgan Chase Bank, N. A., ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 3211 West Golden Lane, Chandler, AZ 85226 and legally described as:

> LOT 304, VALENCIA, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 309 OF MAPS, PAGE 41

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Charles G. Case, II
U. S. Bankruptcy Court Judge